Exhibit 1

US009130900B2

## (12) United States Patent
### Tran

(10) Patent No.: **US 9,130,900 B2**

(45) Date of Patent: **Sep. 8, 2015**

(54) **ASSISTIVE AGENT**

(71) Applicant: **Bao Tran**, Saratoga, CA (US)

(72) Inventor: **Bao Tran**, Saratoga, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 287 days.

(21) Appl. No.: **13/841,294**

(22) Filed: **Mar. 15, 2013**

(65) **Prior Publication Data**

US 2014/0280757 A1     Sep. 18, 2014

(51) **Int. Cl.**
| | |
|---|---|
| *G06F 15/16* | (2006.01) |
| *H04L 29/08* | (2006.01) |
| *G06Q 50/10* | (2012.01) |
| *G06Q 10/06* | (2012.01) |
| *G06Q 10/10* | (2012.01) |

(52) **U.S. Cl.**
CPC ............ *H04L 67/02* (2013.01); *G06Q 10/0631* (2013.01); *G06Q 10/1093* (2013.01); *G06Q 50/10* (2013.01)

(58) **Field of Classification Search**
USPC ......................................... 709/219, 202, 245
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,346,563 B1* | 1/2013 | Hjelm et al. ................... | 704/275 |
| 2005/0027871 A1* | 2/2005 | Bradley et al. ................ | 709/227 |
| 2005/0091362 A1* | 4/2005 | Shigeta et al. ................ | 709/223 |
| 2006/0106675 A1* | 5/2006 | Cohen et al. ................... | 705/26 |
| 2006/0112180 A1* | 5/2006 | Vedula ........................... | 709/227 |
| 2011/0082735 A1* | 4/2011 | Kannan et al. ................ | 705/14.23 |
| 2013/0268260 A1* | 10/2013 | Lundberg et al. ............. | 704/8 |

* cited by examiner

*Primary Examiner* — Jude Jean Gilles

(74) *Attorney, Agent, or Firm* — Tran & Associates

(57) **ABSTRACT**

A system and method for providing automated assistance for a user using a computing device comprises, receiving a user request for assistance. The system and method can include determining semantics of the user request and identifying at least one domain, at least one task, and at least one parameter for the user request. The system and method can include accessing one or more semantic web services through an application and determine at least one responsive answer such as to respond to the user request.

**20 Claims, 7 Drawing Sheets**





Fig. 1



Fig. 2

200

202 — Receive user request for assistance

204 — Determine semantics of user request

206 — Identify at least one domain, at least one task, and at least one parameter for user request

208 — Access one or more semantic web services through an API

210 — Determine at least one responsive answer

212 — Respond to user request



Fig. 3



Fig. 4B



Fig. 4A



Fig. 5



Fig. 6



Fig. 7

US 9,130,900 B2

**1**
## ASSISTIVE AGENT

### BACKGROUND

Personal productivity software has helped to streamline and simplify the role of information workers. Beginning with basic email clients, productivity software has grown to include a variety of other "desktop" applications, replacing paper calendars, rolodexes, and task lists with their software equivalents. Hybrid programs sometimes referred to as personal information managers (PIMs) have succeeded somewhat in combining these disparate programs into a single interface. Not only are such applications able to track appointments, to do's, contacts, and so forth, but they can combine the functions, such that setting up a meeting merely requires adding an appointment to your calendar and adding contacts to the appointment. Some applications have taken personal information managers a step further, enabling new interface methods, such as having a user's email read to her by phone.

Having all this relevant information available in one place may have enhanced user productivity, but these PIMs have failed to take full advantage of the information. For example, when a user creates a new appointment, she must still discern how long of a lead time will be needed for a reminder, or provide one default value that is used for all reminders. Furthermore, if the user is not at her desk when the reminder is triggered, then she may forget the appointment, and the reminder is wasted. Ultimately, PIMs and their users do not take full advantage of the information available to them to further enhance productivity.

United States Patent Application 20070043687 discloses methods for assisting a user with a variety of tasks. A virtual assistant has access to a user's contacts, calendar, and location. The virtual assistant also is able to access information about weather, traffic, and mass transit, and is able to adjust the time of for alerting a user about an upcoming appointment. The virtual assistant also has a rules engine enabling a user to create rules for handling incoming calls and instant messages, rerouting calls based on their caller identification. The virtual assistant also has a query engine enabling a user to find a document and to work with it, including sending it to a contact in the user's address book. Interfaces to virtual assistant may include installed software client, web browser, SMS/instant message, as well as an interactive voice response system.

One recent interaction paradigm is the Virtual Personal Assistant (VPA). Siri is a virtual personal assistant for the mobile Internet. Although just in its infancy, Siri can help with some common tasks that human assistants do, such as booking a restaurant, getting tickets to a show, and inviting a friend.

### BRIEF DESCRIPTION OF DRAWINGS

FIG. **1** depicts a diagram illustrates generally, among other things, but not by way of limitation, an exemplary environment in which various embodiments of the present invention may operate;

FIG. **2** depicts a diagram illustrating generally, among other things, an example of a method for providing assistance to a user in accordance with an embodiment of the present invention;

FIG. **3** depicts a diagram illustrating generally, but not by way of limitation, an example of a task flow for providing assistance to a user according to an embodiment of the present invention;

**2**

FIG. **4**A depicts a diagram illustrating generally, but not by way of limitation, an example of a use of text message API, in accordance with an embodiment of the present invention;

FIG. **4**B depicts a diagram illustrating generally, but not by way of limitation, an example of a use of a calendar API, in accordance with an embodiment of the present invention;

FIG. **5** depicts a diagram illustrating generally, but not by way of limitation, an example of a method for processing a user request in accordance with various embodiments of the present invention;

FIG. **6** is a diagram illustrating generally, among other things, an example of a system or method for semantic web service integration and testing, in accordance with various embodiments of the present invention;

FIG. **7** depicts a diagram illustrating generally, but not by way of limitation, an example of a portion of ontology associated with semantic web services in accordance to an embodiment of the present invention;

### DETAILED DESCRIPTION

Various techniques will now be described in detail with reference to a few example embodiments thereof as illustrated in the accompanying drawings. In the following description, numerous specific details are set forth in order to provide a thorough understanding of one or more aspects or features described or reference herein. It will be apparent, however, to one skilled in the art, that one or more aspects or features described or reference herein may be practiced without some or all of these specific details. In other instances, well known process steps or structures have not been described in detail in order to not obscure some of the aspects or features described or reference herein. In this document, the term "or" is used to refer to a "nonexclusive or" unless otherwise indicated.

One or more different inventions may be described in the present application. Further, for one or more of the invention(s) described herein, numerous embodiments may be described in this patent application, and are presented for illustrative purposes only. The described embodiments are not intended to be limiting in any sense. One or more of the invention(s) may be widely applicable to numerous embodiments, as is readily apparent from the disclosure. These embodiments are described in sufficient detail to enable those skilled in the art to practice one or more of the invention(s), and it is to be understood that other embodiments may be utilized and that structural, logical, software, electrical and other changes may be made without departing from the scope of the one or more of the invention(s). Accordingly, those skilled in the art will recognize that the one or more of the invention(s) may be practiced with various modifications and alterations. Particular features of one or more of the invention(s) may be described with reference to one or more particular embodiments or figures that form a part of the present disclosure, and in which are shown, by way of illustration, specific embodiments of one or more of the invention(s). It should be understood, however, that such features are not limited to usage in the one or more particular embodiments or figures with reference to which they are described. The present disclosure is neither a literal description of all embodiments of one or more of the invention nor a listing of features of one or more of the invention(s) that must be present in all embodiments.

FIG. **1** is a diagram illustrating generally but not by the way of limitation an exemplary environment in which various embodiments of the present invention may operate. In general, the FIG. **1** describes a high level architecture **100** of the

US 9,130,900 B2

3

present invention in which various embodiments such as described herein may operate. The architecture **100** may include a system and method for providing assistance to a user in accordance with a request received from the user. The system and method may balance the apparent considerations such as by allowing integration of the user request, often from various semantic web services, in a consistent manner such as for supply of relevant output data to the user. In an embodiment, the system may include a computing device **102** such as to request and receive responses for the request. The computing device **102** described herein may include for example, but not limited to, a telephone, a wireless communicator, a tablet computer, a laptop computer, a personal digital assistant, a desktop computer, a processor with memory, a kiosk, a consumer electronic device, a consumer entertainment device, a smart phone, a music player, a camera, a television, an electronic gaming unit, an electronic device, a mobile device, or the like. The computing device **102** described herein may be configured to include or implement at least a portion of the intelligent automated assistant features or functionalities disclosed herein.

In an embodiment, the computing device **102** may be configured to communicate with other devices, such as clients or servers, over a communications network. The communication network described herein may include one or more wireless communications network or one or more wire line communications network. The wireless communications network may include for example, but not limited to, a digital cellular network, such as Global System for Mobile Telecommunications (GSM) network, Personal Communication System (PCS) network, or any other wireless communications network. The wire line communications network may include for example, but not limited to, the Public Switched Telephone Network (PSTN), proprietary local and long distance communications network, or any other wire line communications network. One or more networks may be included in the communication network and may include both public networks such as the Internet, and private networks and may utilize any networking technology and protocol, such as Ethernet, Token Ring, Transmission Control Protocol/Internet Protocol (TCP/IP), or the like to allow interaction among the various devices.

Further, the computing device **102** may be configured to include a processor, interfaces, a bus, memory, and the like components. The processor described herein may be configured for implementing specific functions associated with the functions of a specifically configured computing device or machine such as to include intelligence in the computing device **102**. For example, in one or more embodiments, a user's personal digital assistant (PDA) may be configured or designed to function as an intelligent automated assistant system utilizing processor, memory, or interfaces configure thereon. In an embodiment, the processor may be configured to perform at least one of the different types of intelligent automated assistant functions or operations under the control of software modules or components, which for example, may include an operating system or any appropriate applications software, drivers, or the like.

In an embodiment, the computing device **102** may include or couple to an input device. The input device described herein may be suitable for receiving user input, including for example, but not limited to, a keyboard, touchscreen, microphone, mouse, touchpad, trackball, five-way switch, joystick, or combination thereof. In an embodiment, the user may provide request for assistance via the input device in communication with the computing device **102**.

4

In an embodiment, the system may include one or more servers **104** (hereafter server **104**) such as to process the request received from the computing device **102**. In an embodiment, the server **104** may be configured to handle the request received from the computing device **102**. The computing device **102** and the server **104** may communicate with one another via the communication network and other network protocols such as including for example, but not limited to wired, wireless, or any other protocol. In an embodiment, the server **104** described herein may be configured to interact with one or more semantic web service **106₁₋ₙ** (hereafter **106**) such as to provide responses to the user in accordance with the request received for the computing device **102**. In an embodiment, the server **104** may be configured to include Application Program Interfaces (APIs) **108** such as to interact with the semantic web services **106** to extract the relevant data and respond to the user. In an embodiment, the servers **104** may be configured to call external semantic web services **106** via the API **108** such as to refer or to store data concerning previous interactions with particular users. The communications with semantic web services **106** may take place, for example, via the communication network. The server **104** described herein can be configured to use the API as a service such as to interact with the semantic web services **106**.

In various embodiments, the semantic web services **106** described herein may include web-enabled services or functionalities related to or installed on the hardware device itself. In an embodiment, the semantic web services **106** described herein may be provided by third-party service providers, which may be separate from the server **104**, and which retains control over the particular data. The third-party service providers described herein may include for example, but not limited to, Facebook, Amazon, Yahoo, eBay, and the like sources. The server **104** may be configured to call the API such as to capture information from the semantic services **106** in accordance with the request received from the computing device **102**. In an embodiment, the semantic web services **106** described herein may be implemented on the computing device **102**. For example, the server **104** may overlay to an app on the iOS device such as the computing device **102**. The server **104** may be configured to call the API such as to obtain information stored in an alarm application ("app"), contacts, calendar, or the like sources.

In an embodiment, the API **108** described herein may be configured to interact with the web services **106** to search for at least one answer or response for the user. In an embodiment, the API **108** may be configured to use one or more search parameters such as for example, but not limited to, search terms (such as food, restaurant, place, and the like), limit parameter to specify the number of response results to be returned in the result set, sort parameter to sort the retrieved results based on the relevancy and ranking, language parameter to search the web services of different languages (Default=en), location parameter to specify the combination of "address, neighbourhood, city, state or zip, optional country, and the like" to be used when searching for user voice request, and the like.

In an embodiment, the server **104** may be configured to include or store one or more web service parameters such for example, but not limited to, web service ID, web service name, web service business type, Uniform resource locator (URL), Mobile URL, review count such as to provide number of users review associated with the web service, categories such as to provide a list of category of elements included in the web service **106** (for example the business elements that the web service may be associated with may include "Home appliances", "Active Life style", "Entertainment", and the

US 9,130,900 B2

5

6

like), distance to provide the Distance web service business is from the search location in meters, rating provided by the one or more users for the business or element (such as may ranges from 1, 1.5, . . . 4.5, 5, and the like), location data of the elements of the web service, and the like. In an embodiment, the API **108** may be configured to user the one or more web service parameters such as to call the web service **108** in accordance with the request received from the user.

In an embodiment, the server **104** may be configured to perform operations or functions on the computing device **102** on behalf of the user such as for example, but not limited to, actively interview the user to elicit information or input, interpret user intent, disambiguate among candidate interpretations, request and clarify required information from the user, perform actions based on the user intent, and the like. In an embodiment, the actions described herein may be performed such as for example, by initiating, activating, or interfacing with any semantic web services **106** that may be available, installed, or running on the computing device **102** via the API **108**, or by calling services that are available over the communication network such as the Internet via the API **108**. In an embodiment, the activation, initiation, interface, or any form of communication with the semantic web services **106** may be performed via the API **108** stored thereon.

FIG. **2** is a diagram illustrating generally, among other things, an example of a method **200** for providing assistance to the user. At **202**, the method **200** may allow the server **104** to receive request from the user of the computing device **102**. In an embodiment, the user may provide the request through the voice or speech. Examples of different types of input data request which may be accessed or utilized by the computing device **102** may include, but are not limited to, voice input, text input, location information coming from sensors or location-based systems, time information from clocks on client devices, automobile control systems, clicking and menu selection, or any other input.

In an embodiment, the voice data described herein may be provided such as from mobile devices, mobile telephones, tablets, computers with microphones, Bluetooth headsets, automobile voice control systems, over the telephone system, recordings on answering services, audio voicemail on integrated messaging services, consumer applications with voice input such as clock radios, telephone station, home entertainment control systems, game consoles, or any other wireless communication application.

In an embodiment, the text input described herein may be provided from keyboards on computers or mobile devices, keypads on remote controls or other consumer electronic devices, email messages, instant messages or similar short messages, text received from players in multiuser game environments, text streamed in message feeds, or any other text input.

In an embodiment, at **204**, the method **200** may allow the server **104** to determine semantics of the user request. The server **104** may be configured to interpret the user voice request such as to determine the semantics of the user request. In an embodiment, the server **104** may be configured to match the word, phrase, or syntax such as to identify at least one task, at least one domain, and at least one parameter of the user request such as shown at **206**. The server **104** may be configured to automatically correct the syntactic or semantic errors identified from the user voice request.

In an embodiment, an example of such semantic determination and identification of at least one task, at least one domain, and at least one parameter of the user request via the API **108** is shown below:

```
Context Type: #'<semantic-analyze-context context>
char** argv;
Semanticdb [{table (subject, verb, object), dburl1:
"api.semanticdb1.com",
dburl2: "api.semanticdb2.com"}];
semanticdb( )
{
SpeechRecognitionEngine myRecognizer = new
SpeechRecognitionEngine( );
        Grammar testGrammar = CreateTestGrammar( );
        myRecognizer.LoadGrammar(testGrammar);
        // Initial objects creation to test the user voice request
        myRecognizer.SetInputToDefaultAudioDevice( );
        WriteTextOutput("");
        RecognitionResult result = myRecognizer.Recognize( );
        string item = null;
            if (result.Semantics.ContainsKey("domain", "task",
            "parameter"))
            {
        item = result.Semantics["domain", "task",
"parameter"].Value.ToString( );
        WriteTextOutput(String.Format("semantics are '{0}'", item));
            }
}
```

In an embodiment, at **208**, the method **200** may allow the server **104** such as to access the one or more semantic web services **106** through the API **108**. In an embodiment, the server **104** may control many features and operations of the computing device **102**. In an embodiment, the server **104** may interact with the semantic web services **106** such as via the APIs **108** to perform functions and operations that may be initiated using a conventional user interface on the computing device **102**. Such functions and operations may include, for example, adding a contact, removing a contact, setting an alarm, making a telephone call, sending a text message or email message, adding a calendar event, providing suggestions to the user, and the like. The functions and operations described herein may be specified by the user, or they may be automatically performed based on the context of the user voice request. One skilled in the art will recognize that the assistant may thereby be used as a control mechanism for initiating and controlling various operations on the computing device **102**.

In an embodiment, an example of such access to the one or more semantic web services **106** through the API **108** is shown below:

```
        {
        api.webservice1.com;
        api.webservice2.com;
        api.webservice3.com;
        .
        .
        api.webservicen.com;
        }
```

In an example, the user may provide input request via the computing device **102** such as "Remind me about a meeting tomorrow at 2:00 pm". The server **104** may determine the response to the user request, using the techniques described herein. The server **104** may call the semantic web services **106** such as to interface with a calendar application or function on the computing device **102**. The server **104** may schedule a reminder in the calendar application of the computing device **102** on behalf of the user. In this manner, the user can get assistance as from the server **104** which may interact with different semantic web services **106** via the API **108**. If the user's requests are ambiguous or need further clarification, the server may use various techniques such as for example, but not limited to, active elicitation, paraphrasing, sugges-

US 9,130,900 B2

7

8

tions, and the like, to disambiguate the user voice request information so that the correct semantic web services may be called by the API **108**. In one embodiment, server **104** may prompt the user for confirmation of the user request before calling a semantic web service to perform a function or operation, or to extract information. In an embodiment, the user may restate the user request to the user for confirmation before calling a semantic web service to a function or operation, or to extract information.

In an embodiment, at **210**, the method **200** may allow the server **104** such as to determine response to the user. The method **200** may call the semantic web services **106** in accordance with the request received from the user. In an example, the user voice request the user may provide input request via the computing device **102** such as "Indian food restaurants around Chicago". The server **104** may determine the response to the user request such as by calling the semantic web services **106** such as to extract information from one or more user generated data. In an example, the server **104** may call the one or more third-party web services **106** such as to capture the user generated data related to the user request. The one or more third-party web services described herein may be separate from the computing device **102** and the server **104**. In an embodiment, the server **104** may provide an API call to the related web service **106** such as Amazon, eBay, Facebook, Twitter, and the like to retrieve suggestion and user generated reviews on Indian restaurants around Chicago. The server **104** may be configured to create individual requests for each web services **106** and get responses related to the user request.

In an embodiment, the user voice request may be "Add contact in the contact list". The server **104** may determine the response to the user request such as by calling the semantic web services **106** to interface with a contact application that may be stored, installed or running on the computing device **102**. The server **104** may create an API call to the contact application service in the computing device **102** in accordance with the request received from the user.

In an embodiment, at **212**, the method **200** may allow the server **104** provide response to the user. In an embodiment, the server **104** may call the API such as to perform an operation or function in the computing device **102**, on behalf of the user. For example, the server **104** may add contact information in the contact application of the computing device **102** as a response to the request received from the user. In an embodiment, the server **104** may provide options or information as the response to the user request. For example, the server **104** may extract the review information about the "Indian restaurants in Chicago" and may provide different options of the "Indian restaurants in Chicago" to the user. The information described herein may be extracted from the user generated reviews, ratings, user history, and the like sources.

In an embodiment, an example of such responses received from the web services **106** via the API **108**, in accordance with the request received from user such as shown below:

{
Web service1: [{"address1": "342 James street Chicago", "avg_rating": 3.5,
"categories": [
{"name": "restaurants", "search_URL": "api.webservice1.com/search},
{"name": "Indian Hotels", "search_URL":
"api.webservice1.com/search"}]}];
"review_count": 3;
"reviews": [{"webserviceID": "webservice1.review1", "rating": 2.5,
"rating.Img.URL": "api.webservice1.com/ratingimg", "text": "The taste of

-continued

the curry is average but the delivery service is very quick."}
{"webserviceID": "webservice1.review2", "rating": 3.0,
"rating.Img.URL":
"api.webservice1.com/ratingimg", "text": "The service is good and the
food is osam."}
{"webserviceID": "webservice1.review3", "rating": 3.5,
"rating.Img.URL":
"api.webservice1.com/ratingimg", "text": "I rated this hotel as 3.5. I
like the service very much. Thought the raita and rice is average but the
chole and chatni is good."}]
}

Similarly, server **104** may receive response options from other web services also such as shown below:

{
Web service2: [{"address1": "#32 Brookfield Chicago", "avg_rating":
4.0,
"categories": [
{"name": "Indian restaurants", "search_URL":
"api.webservice2.com/search},
{"name": "Indian Hotels", "search_URL":
"api.webservice2.com/search"}]}];
"review_count": 2;
"reviews": [{"webserviceID": "webservice2.review1", "rating":
3.0,
"rating.Img.URL": "api.webservice1.com/ratingimg", "text": "The best
part of the meal in the restaurant is Biryani. I like the taste and it is fun
to eat"}
{"webserviceID": "webservice2.review2", "rating": 3.5,
"rating.Img.URL":
"api.webservice1.com/ratingimg", "text": "I rated this as 2.5, because the
hotel serves only Indian veg. dishes and I am a non-veg. lover. However, I
liked the Khichdi."}]
}

FIG. **3** is a diagram illustrating generally, but not by the way of limitation, an example of a task flow **300** for providing assistance to the user according to an embodiment of the present invention. In an embodiment, the user may request for assistance via the computing device **102**. The user may provide the request through voice or speech. Examples of different types of input data request which may be accessed or utilized by the computing device **102** may include, but are not limited to, voice input, text input, location information coming from sensors or location-based systems, time information from clocks on the devices, automobile control systems, clicking and menu selection, or any other input. In an embodiment, the voice data described herein may be provided such as from mobile devices, mobile telephones, tablets, computers with microphones, Bluetooth headsets, automobile voice control systems, over the telephone system, recordings on answering services, audio voicemail on integrated messaging services, consumer applications with voice input such as clock radios, telephone station, home entertainment control systems, game consoles, or any other wireless communication application.

The server **104** may be configured to receive user voice request such as to provide assistance to the user. In an embodiment, the server **104** may be configured to include or implement layers such as a speech-to-text analyzer, a grammar analyzer, and a set of service providers. The speech-to-text analyzer described herein may be a piece of software that takes audio and turns it into text. The system may integrate with the speech-to-text and natural language understanding technology that may be constrained by a set of explicit models of domains, tasks, services, and dialogs. Unlike assistant technology that attempts to implement a general-purpose artificial intelligence system, the embodiments described herein

US 9,130,900 B2

9

may apply the multiple sources of constraints to reduce the number of solutions to a more tractable size. The focus on specific domains, tasks, and dialogs also makes it feasible to achieve coverage over domains and tasks with human-managed vocabulary and mappings from intent to service parameters.

In an embodiment, the computing device **102**, in communication with the server **104** may be configured to use the speech-to-text analyzer such as to convert the user voice request into written text. The converted text may be passed through the grammatical analyzer layer such to create a logical relationship among the user voice request and the converted text. The grammatical analyzer described herein may be configured to implement or provide intelligence to the computing device **102**. The grammatical analyzer may correlate the line sequence of lexemes such as words and commands with the formal grammar. For example, if the user spoken voice data is "Here" then the grammatical analyzer creates logical relationships by mapping the word "here" to the current (Global positioning system) GPS position or current location of the user such that proper semantic web service may be called through the API **108**. Further, the grammatical analyzer provides assistance to system such as to understand the phrase "my daughter" refers to a contact "Stacey Martin" in the computing device **102**. In an embodiment, the grammatical analyzer maps the strings such as "send a message" to an action of creating a new text message such that correct messaging service may be called through the API **108**. In an embodiment, the grammatical analyzer may be configured to search a string for certain key phrases and using those phrases to build up a simple model or useful mapped data such that proper semantic web services may be called through the API **108**.

The set of service providers such as including the semantic web service **106**, which may be called via the API **108** in accordance with the request received from the user. In an embodiment, the server **104** may issues commands such as to access the one or more web service **106** via the API **108**. In an embodiment, the server **104** may be configured to determine the semantics of the user request. In an embodiment, the system may include intelligence beyond simple database applications, such as to determine the semantics of the user request from the user natural voice data request.

For example, if the user provides the statement, such as "Chinese food restaurants" then the computing device **102**, in communication with the server **104**, may be configured to use the speech-to-text analyzer and the natural language processing techniques such as to parse the user voice data and determine the semantics of the user request. In an embodiment, the computing device **102**, in communication with the server **104**, may interact with a semantic database **302**. In an embodiment, the integration of speech-to-text and natural language understanding technology may be constrained by the set of explicit models of domains, tasks, services, and dialogs, which may allow parsing the user voice statement such as to generate better interpretations of the semantics. In an embodiment, the computing device **102** may not be able to determine accurate interpretations of the semantics of the user request, such as due to ambiguous statements received from the user. This may results in fewer ambiguous interpretations of language, fewer relevant domains, or tasks.

In an embodiment, the server **104** may be configured to disambiguate intent at an early phase of input processing. For example, in an embodiment, where input is provided by speech, a waveform might be sent to the server **104** where words are extracted, and semantic interpretation of the input data may be performed. The results of such semantic interpretation may then be used to drive ambiguous input elicitation, which may offer the user alternative candidate words or options to choose among based on their degree of semantic fit as well as phonetic match.

10

In an embodiment, the server **104** may use dialog history in interpreting the natural language of user inputs. Because the server **104** may keep track of the user personal history and apply natural language understanding on user inputs. The server **104** may operationalize semantic intent into a strategy for using online semantic web services **106** and executing the strategy on behalf of the user (e.g., operationalizing the desire for a romantic place into the strategy of checking online review sites for reviews that describe a place as "romantic").

The server **104** may be configured to include the API **108** to interact with the one or more semantic web services **106** such as to perform one or more operations or functions in accordance with the request received from the user. In an embodiment, the web services **106** may be configured to provide the functions over the API that would normally be provided by a web-based user interface to a service. For example, a review website might provide a service API that would return reviews of a given entity automatically when called by a program. The API may offer services that a human would otherwise obtain by operating the user interface of the website. In an embodiment, the services **106** may collect the information from the various third party sources such as for example, but not limited to, a set of romantic place listing services that may lists places matching name, location, or other constraints, a set of romantic place rating services that may return rankings for named romantic place, a set of romantic place review services that may return written reviews for the romantic place, a geo-coding service to locate romantic places on a map, a reservation service that enables programmatic reservation of rooms, honeymoon sweets in the romantic place, and the like.

In an embodiment, an example of a retrieving response from the semantic web services **106** via the API **108** is as shown below.

{
Web service1: [{"address1": "#22 St. Francisco", "address2": "#56 St. Marino", "address3": " ", "avg__rating": 4.5,
"categories": [
{"name": "restaurants", "search__URL": "api.webservice1.com/search"},
{"name": "Movie Theatre", "search__URL":
"api.webservice1.com/search"},
{"name": "Hotels", "search__URL": "api.webservice1.com/search"}]}];
"review__count": 2;
"reviews": [{"webserviceID": "t-aisea11", "rating": 3.5,
"rating.Img.URL":
"api.webservice1.com/ratingimg", "text": "I know SF and the place called XYZ is very romantic to spare time. The lighting and the arrangement of artificial snow fall will give a very glamorous look to the place."}
{"webserviceID": "M-tuse21", "rating": 4.0, "rating.Img.URL":
"api.webservice1.com/ratingimg", "text": "XYZ is not at all a bad place to have a good time. Very good food and nice arrangement of flowers in the park of the XYZ."}]
}

In an embodiment, the semantic web services **106** may provide the functions over the API **108**, which may be normally be performed by a user interface to an application. For example, a calendar application might provide a service API that would return calendar entries automatically when called by a program. The API **108** offers to computing device **102** the services that a human would otherwise obtain by operating the user interface of the application. In an embodiment, the server **104** may be configured to initiate and control any of a number of different functions available on the computing device **102**.

US 9,130,900 B2

11

In an embodiment, the server **104** may be configured automatically determine which services from among the one or more services **106** may meet the user's request or specified domain and task in accordance with the request received from the user. The server **104** may be configured to automatically call multiple services, in any combination of concurrent or sequential ordering such as to extract the information related to the user information. In an embodiment, the server **104** may automatically transform task parameters and constraints to meet input requirements of service APIs. In an embodiment, the server **104** may be configured to automatically monitor the semantic web services **106** for the user generated data and gather relevant options from the services **106** in accordance with the request received from the user. In an embodiment, the server **104** may be configured to send a request to one or more semantic web services **106** through the API **108** such as to collect the data related to the user information and merge the related data from various services into a unified result model. The server **104**, in communication with the computing device **102**, may provide the response including various options, functions, and operations to the user.

FIG. **4**A is a diagram illustrating generally, but not by the way of limitation, an example of a use of text message API in accordance with an embodiment of the present invention. The user in communication with the computing device **102** may send a voice request such as "Ask Seri Tunes to play Led Zepplen" such as shown at **402**. In an embodiment, the user may create a contact in the phonebook that may be a natural name and add a phone number of the text system front end using the front end API such that the computing device **102** in communication with the server **104** may automatically perform functions or operations, on behalf of user, upon receiving the request. The server **104** may recognizes the user request and calls the text message API such as to respond to the user by performing operations or actions related to the user voice request.

In an embodiment, the text message API described herein may take advantage of the computing device **102** iOS Phonebook and Text messaging application such as to weld together a useful and elegant way to present the data. The API described herein may have access to a short code text messaging platform or a front end system that can receive text messages and parse the text string in accordance with the request received from the user. In an embodiment, the server **104** may calls the phonebook or contacts application service of the computing device **102** though the API **108** such as to send the request message to the contact stored in the phonebook. The server **104** may be configured to deliver a text message that may be acted or based on the application keywords related to the user voice request. In an embodiment, the server **104** in communication with the computing device **102** may be configured to call the phonebook or contact application via the phonebook or contact API stored thereon, such as to respond to the user request. In an embodiment, the server **104** in communication with the computing device **102** may be configured to call the text messaging application via the text messaging API stored thereon, such as to respond to the user. In an embodiment, the server **104** in communication with the computing device **102** may be configured to create a message and map the message to a contact (such as "Siri Tunes") through the API **108** such as the phonebook API and the text messaging API. In an embodiment, the server **104** in communication with the computing device **102** may be configured to respond to the user request such as by performing the operation or function on the computing device **102**. In an embodiment, the computing device **102** in communication with the

12

server **104** may be configured to restate the operation or function for confirmation from the user. For example, the computing device **102** may present the request to the user to confirm the text message before sending it such as shown at **404**.

FIG. **4**B is a diagram illustrating generally, but not by the way of limitation, an example of a use of a calendar API, in accordance with an embodiment of the present invention. The user in communication with the computing device **102** may provide a voice request such as "Remind me to pick up the milk tomorrow" such as shown at **406**. The server **104** may recognizes the user request and calls the calendar API such as to respond to the user by performing operations or actions related to the user voice request. In an embodiment, the server **104** may be configured to use Calendaring Extensions to WebDAV (CalDAV) protocol such as to communicate with the calendar events of the computing device **102**. The Cal-DAV protocol described herein may be defined by RFC allowing multiple user access to the information such as to provide cooperative planning and information sharing. In an embodiment, the CalDAV protocol may be configured to allow the server **104** to access scheduling information on the computing device **102**. The server **104** may be configured to read back CalDAV events, even if they have been modified such as to allow the computing device **102**, in communication with the server **104**, to have a two-way communication via the API for transferring data in and out of the computing device **102**.

In an embodiment, server **104** may recognizes the user voice data and calls the calendar application of the computing device **102** via the calendar API. In an embodiment, the computing device **102** in communication with the server **104** may be configured to schedule reminders on the calendar application of the computing device **102** via the calendar API. In an embodiment, the server **104** in communication with the computing device **102** may be configured to respond to the user request such as by performing the operation or function on the computing device **102**. In an embodiment, the computing device **102** in communication with the server **104** may be configured to restate the operation or function for confirmation from the user. For example, the computing device **102** may present the user to confirm the reminder, which is scheduled on behalf of the user in accordance with the user voice request such as shown at **408**.

FIG. **5** is a diagram illustrating generally, but not by way of limitation, an example of a method **500** for processing the user request in accordance with various embodiments of the present invention. At **505**, the method **500** may allow the user to provide voice request via the computing device **102**. At **504**, the method **500** may include a query processor such as to process the request received from the user, which may provide a way to generate a choice set by creating a query related to the user request. At **506**, the method **500** may allow the server **104** to determine semantics of the user request. In an embodiment, the server **104** may execute the queries such as to determine the semantics of the user request and identify the at least one domain, at least one task, and at least one parameter for the user request. In an embodiment, the method **500** may identify for the at least one matching domain, task and parameter from one of: a semantic hotel database, a semantic restaurant database, a semantic local event database, semantic concert database, a semantic media database, a semantic book database, a semantic music database, a semantic travel database, a semantic flight database, and the like.

At **508**, the method **500** may allow the server **104** to search for the response data related to the user request. The computing device **102** may be configured to enable the operation of

US 9,130,900 B2

**13**

applications and services via natural language processing techniques that may be otherwise provided by dedicated applications with graphical user interfaces including search, such as for example, but not limited to, location-based search, navigation such as maps and directions, database lookup such as finding businesses or people by name or other parameters, getting weather conditions and forecasts, checking the price of market items or status of financial transactions, monitoring traffic or the status of flights, accessing and updating calendars and schedules, managing reminders, alerts, tasks and projects, communicating over email or other messaging platforms, or operating devices locally or remotely. In an embodiment, the computing device **102** may be configured to initiate, operate, or control many functions or apps available on the device.

The server **104** may be configured to include the API **108** such as to request data from the one or more semantic web service **106**. In an embodiment, the semantic web services **106** described herein may include Resource Description Framework (RDF). In an embodiment, the semantic web services **106** described herein may include e web ontology language. In an embodiment, the server **104** may be configured to retrieve answers from web services **106**, which may include collecting user generated data, such as to provide at least one response to the user voice request.

The server **104** may be configured to automatically invoke the semantic web services **106** through the API **108** on behalf of the user. In an embodiment, the services **106** may be called dynamically while responding to the user's request. In an embodiment, multiple instances or threads of the services may be concurrently called. In an embodiment, the services **106** may be called over the communication network using APIs **108**, or over the communication network using web service APIs, or any combination thereof. In an embodiment, the rate at which services are called is programmatically limited and managed by the server **104** in communication with the computing device **102**.

In an embodiment, the semantic web service invocation may be used, such as for example, to obtain additional information or to perform tasks in accordance with the request received from the user. In an embodiment, the request parameters are transformed as appropriate to the service's API. The server **104** may be configured to send request to each of the individual semantic web service **106** such as by calling the semantic web service **106**. The semantic web services **106** may be configured to include various suggestions, reviews, ratings, feedback, and the like information related to the user request such that the server **104** may collect the information and provide response to the user. In an embodiment, the server **104** may be configured to determine whether the current response list received from the one or more semantic web services **106** is sufficient, such as for example, if the response list include fewer than the desired number of matching elements, then the server **104** may be configured to extend the search results such as by extending task parameters. For example, if the number of "romantic places" of the desired sort found within N miles of the target location is too small, then extension would run the request again, looking in an area larger than N miles away. Once responses are received from the service, the responses may be transformed to a response representation for presentation to the user within computing device **102**.

In an embodiment, services invoked by the server **104** through the API **108** may be a third-party web service, application running on the computing device **102**, operating system function, or the like. In an embodiment, the server **104** may be configured to transform the at least one identified task

**14**

into a form that may be used by at least one service such as to provide response data to the computing device **102**. In an embodiment, the server **104** may be configured to offer the at least one identified parameters to the semantic web services **106** as APIs or databases, which may differ from the data representation used in task requests. In an embodiment, the server **104** may be configured to accordingly map the at least one task parameter in the one or more corresponding formats and values by at least one semantic web service **106** being called through the API **108**. The server **104** may then retrieve the user generated data from the semantic web services **106** though the API **108**. In an embodiment, the server **104** may be configured to perform an operation or function on the computing device **102** such as by invoking an semantic web service **106** stored, installed, or implemented on the computing device **102** though the API **108**, in accordance with the request received from the user.

At **510**, the method **500** may allow the sever **104** to provide the possible response options to the user. The server **104** may collect the possible responses from the semantic web services **106**, which may be validated and merged. For example, lists of "romantic places" from different providers of places may be merged and duplicates may be removed. In an embodiment, the criteria for identifying the duplicates may include for example, but not limited to, fuzzy name matching, fuzzy location matching, fuzzy matching against multiple properties of domain entities, such as name, location, phone number, or website address, or any combination thereof. In an embodiment, the server **104** may be configured to sort and trim the response data collected from the semantic web services **106** such as to return a list of response options of the desired length to the user.

In an embodiment, the computing device **102**, in communication with the server **104**, may be configured to present the possible responses to the user such as to select the desired candidate response. For example, if the user request is "Romantic place around Italy", then the server **104** may interact with the semantic web services **106** such as by calling the services **106** through the API **108**. The server **104** may extract all possible options or suggestion from the semantic web services **106** through the API **108**. The server **104** may then allow the computing device **102** to present the possible options related to the user request. The computing device **102** may present different options of the "Romantic places around the Italy". The server **104** may output the data returned by the services **106** to the computing device **102** such as to allow the user to select the desired related candidate option.

In an embodiment, the computing device **102**, in communication with the server **104**, may be configured to present the possible responses to the user for confirmation. For example, if the user request is "send good morning message to my wife". The server **104** may be configured to call the messaging and phonebook services of the computing device **102** through the API **108**. The server **104** may create a text message including the text "Good morning" and map the message in the contact "wife and associated number" via the text messaging API and the phonebook API. The computing device **102**, in communication with the server **104**, may be configured to restate the created message to the user for confirmation. At **512**, the method **500** may allow the computing device **102** to receive confirmation from the user. In an embodiment, the computing device **102**, in communication with the server **104**, may be configured to perform an operations or functions such as by scheduling meetings, creating reminders, checking stocks, sports scores, and the weather, sending message, and the like.

US 9,130,900 B2

15                                                    16

FIG. **6** is a diagram illustrating generally, among other things, an example of system or method **600** for semantic web service integration such as to provide one or more response options to the user, in accordance with various embodiments of the present invention. In an embodiment, the system **600** may include an API module **108** (or simply API **108**) such as to interact with one or more semantic web services **106**. The server **104** may be configured to include one or more reference addresses of the semantic web services **106**. The reference addresses described herein may include for example, Uniform Resource Locators (URLs), unique identifiers of the semantic web services **106**, and the like. For example, the server **104** described herein may include reference to the semantic web service such as www.webservice1.com, www.webservice2.com, www.webservicen.com, and the like. The reference addresses described herein may be integrated with the API such as api.webservice1.com, api.webservice2.com, api.webservicen.com, and the like such that the one or more semantic web services **106** may be invoked by the server **104** via the API **108**. The server **106** may configured to constantly update the reference addresses of the web services **106** such as to actively capture information from the semantic web services **106**.

In an embodiment, semantic web services providers may be configured to provide or update initial setup and reference addresses of the web services **106** to the server **104**. The reference addresses described herein may be directly directed to the web services or may be redirected from one web service to the other web service. In an embodiment, the server **104** may be configured to implement one or more service-specific rules. The API **108** may interface with the service-specific rules such as to learn how long the responses or results should be retrieved from the semantic web services **106**, how long the API **108** should be engaged with the semantic web services **106**, how may records or how much data is expected from each semantic service, and the like. In an embodiment, the server **104** may configure the API **108** to interface or communicate with one or more protocols such as to retrieve responses from the semantic web services **108**. In an embodiment, the protocols described herein may include for example, but not limited to, File Transfer Protocol (FTP), Hyper Text Transfer Protocol (HTTP), and the like. Further, the service-specific rules may configure the server **106** to learn how long to retrieve at least one response from the semantic web services **106** via the API **108**, how long to wait before retrieving at least one response from the semantic web services **106** via the API **108**, how much information to be retrieved from the semantic web services **106** via the API **108**, how long should the size or date of the response information be fixed before it is considered complete, and the like.

In an embodiment, the server **104** may authenticate the request to or from the API **108** such as to provide security and avoid unauthorized communications within the system. The sever **104** may be configured to include one or more authentication parameters such as for example, but not limited to, authentic web service key parameter, authentication token parameter generated by the server **104** for each request to or form web service **106**, authentication signature parameter, authentication timestamp parameter, and the like. These parameters may be passed in the Hyper Text Transfer Protocol (HTTP) authorization header, as URL query keys, or in the POST data such as to implement security mechanisms in the system.

FIG. **7** is a diagram illustrating generally, but not by way of limitation, an example of a portion of ontology **700** associated with the semantic web services **106**, in accordance to an embodiment of the present invention. The ontology **700** described herein may serve as a unifying infrastructure that integrates models, components, or data from other parts of embodiments of system. In general, in the field of computer and information science, the ontologies may provide structures for data and knowledge representation such as classes or types, relations, attributes or properties and their instantiation. In an embodiment, the FIG. **7** illustrates the operation or functions provided by the ontology **700**. The Ontologies **700** described herein may be used, for example, to build models of data and knowledge. In an embodiment, the ontology **700** may serve as an execution environment, in which distinct processing elements are arranged in an ontology-like manner, such as for example having distinct attributes and relations with other processing elements.

In an embodiment, the ontology **700** may be operable to perform or implement various types of functions, operations, actions, or other features such as to model and develop environment, such as including domain models **702**, vocabulary databases **704**, domain entity databases **706**, task flow models **708**, dialog flow models **710**, service capability models **712**. In an embodiment, the ontology **700** may be operable to perform or implement data-modeling environment on which ontology-based editing tools may operate such as to develop new models, data structures, database schemata, representations, and the like.

In an embodiment, the ontology **700** may include representations of a restaurant and meal event. In an example, a restaurant may be a class or concept **714** with properties such as the restaurant name **716**, cuisines served **718** in the restaurant, and its location **720**, which in turn might be modeled as a structured node with properties for street address **722**. The concept of a meal event might be modeled as a node **724** including a dining party **726**, which may has a size **728** and time period **730**.

The ontology **700** may include or make reference to domain models **702**. For example, FIG. **7** depicts a dining out domain model **732** linked to restaurant concept **714** and meal event concept **724**. In an instance, the ontology **700** includes the dining out domain model **732**, which specifically includes at least two nodes of the ontology **700** such as restaurant **712** and meal event **724** respectively. The domain model represents, among other things, the idea that dining out involves meal event that occur at restaurants.

In an embodiment, the ontology **700** may include or make reference to the task flow models **708**. For example, FIG. **7** depicts an event planning task flow model **734**, which may model the planning of events independent of domains, applied to a domain-specific kind of event: the meal event **724**. In an embodiment, the ontology **700** may include general event planning task flow model **734**, which comprises nodes representing events and other concepts involved in planning them. The ontology **700** may also include the node meal event **724**, which is a particular kind of event. In an example, meal event **724** may be included or made reference to by both the domain model **702** and the task flow model **704**, and both of these models are included in or referenced by the ontology **700**.

In an embodiment, the ontology **700** may include or make reference to the dialog flow models **710**. The ontology **700** may provide a framework for relating and unifying various components such as the dialog flow models **710**. The dialog flow model **710** may operate at the abstraction of constraints, independent of domain. In an embodiment, the present system may uses the ontology **700** to unify the concept of constraint in the dialog flow model **736** as part of a cluster of nodes representing meal event concept **724**, which is part of the domain model **702** for dining out.

US 9,130,900 B2

17

In an embodiment, the ontology **700** may include or make reference to service models **712**. For example, FIG. **7** depicts a model of a restaurant reservation service **736** associated with the dialog flow step for getting values required for that service to perform a transaction. In an instance, service model **712** for a restaurant reservation service specifies that a reservation requires a value for party size **728**. The concept party size **728**, which is part of the ontology **700**, may also be linked or related to a general dialog flow model **710** for asking the user about the constraints for a transaction.

In an embodiment, the ontology **700** may include or make reference to domain entity databases **706**. For example, FIG. **7** depicts a domain entity database of restaurants **712** associated with restaurant node **714** in the ontology **700**. The ontology **700** may represent the general concept of restaurant **712**, as may be used by the various components of the present system, and it may be instantiated by data about specific restaurants in restaurant database **738**. In an embodiment, the ontology **700** may include or make reference to vocabulary databases **704**. For example, FIG. **7** depicts the vocabulary database of cuisines **740** such as Italian, French, and the like, and the words associated with each cuisine such as "French", "continental", "provincial", and the like. In an embodiment, the ontology **700** may include restaurant node **714**, which is related to cuisines served node **718**, which is associated with the representation of cuisines in cuisines database **740**. A specific entry in database **740** for a cuisine, such as "French", is thus related through the ontology **700** as an instance of the concept of cuisines served **718**.

In an embodiment the ontology **700** may include or make reference to any database that can be mapped to concepts or other representations in ontology **700**. The domain entity databases **706** and vocabulary databases **704** are merely two examples of how the ontology **700** may integrate databases with each other and with other components of present system. The ontology may allow author, designer, or system builder to specify a nontrivial mapping between representations in the database and representations in the ontology **700**. For example, the database schema for restaurants database **738** may represent a restaurant as a table of strings and numbers or as a projection from a larger database of business, or any other representation suitable for database **738**. In an example, the ontology **700**, restaurant **712** is a concept node with properties and relations, organized differently from the database tables. In an example, nodes of ontology **700** may be associated with elements of database schemata. The integration of database and ontology **700** may provide a unified representation for interpreting and acting on specific data entries in databases in terms of the larger sets of models and data in the ontology **700**. For example, the word "French" may be an entry in cuisines database **740**. Because, in this example, database **740** may be integrated in the ontology **700**, that same word "French" may also has an interpretation as a possible cuisine served at a restaurant, which is involved in planning meal events, and this cuisine serves as a constraint to use when using restaurants reservation services, and so forth. The ontology **700** may thus integrate databases into the modeling and execution environment to inter-operate with other components of system. In an embodiment, the ontologies **700** may be embodied as, for example, configurations of models, databases, and components in which the relationships among models, databases, and components may such as for example, interface over APIs, both internal to a program and between programs.

A diagram illustrates generally, but not by way of limitation, an example of a method **800** for assistance to the user based on user profile information in accordance to an embodi-

18

ment of the present invention. In an embodiment, at **802**, the method **800** may allow the computing device **102** to receive user request for assistance. In an embodiment, the user request may include information or data from the user, which may be used by the computing device **102**, in communications with the server **104**, such as to determine the user intent. The information or data described herein may include for example, but not limited to, sequences of words, identity of gestures, Graphical User Interface (GUI) components involved in providing the request, current context of dialog, current device application, current data objects, and the like. In an embodiment, the computing device **102** may be configured to use dynamic data about the user such as for example, but not limited to, user location, time, profile, recent activities, and the like.

In an embodiment, at **804**, the method **800** may allow the computing device **102**, in communication with the server **104**, to determine the user intent in accordance with the request received from the user. The computing device **102** may analyze the user request such as to identify a set of syntactic contents of the user request. The syntactic contents of the user described herein may be used to associate data in the user request with structures that represent syntactic parts of speech, clauses, and phrases. The syntactic content may include multiword names, sentence structure, and other grammatical graph structures such as to determine the user intent, in accordance with the request received from the user.

In an embodiment, the computing device **102**, in communication with the server **104**, may parse the information associated in the user request such as to identify words, phrase, concept, relationship, properties, entities, quantities, propositions, or other representations of meaning or interpretation of the user request such as to identify the user intent. In an embodiment, these the user intent may be represented by set of elements, instances of models, or databases, nodes, or the like in the ontologies such as described in FIG. **7**. In an embodiment, the method **800** may allow the computing device **102** to determine semantics of the user request. The computing device **102**, in communication with the server **104** may be configured to interpret the spoken voice of the user or other information associated with the user request such as to determine the semantics of the user request. In an example, the server **104** may be configured to match the voice, phrase, or syntax such as to identify at least one task, at least one domain, and at least one parameter in accordance with the request received from the user.

In an embodiment, at **806**, the method **800** may allow the computing device **102** to interview the user to elicit profile and interests in accordance with the request received from the user. In an embodiment, the server **104** may include or implement using any of a number of different platforms APIs such as to interview the user to elicit profile and interests. The requests interviewing the user to elicit profile and interests may be presented to the user via the computing device **102**. In an example, the server **104** may engage short or long term such that such as to access the profile and interests, other previous events and communications within a given session. In an embodiment, the server **104** may interview the user profile information and interest such as to better interpret the semantics of the user request. In an embodiment, the server **104** may uses the user profile and interest such as to provide responses to the user in accordance with the request received from the user.

In an embodiment, at **808**, the method **800** may allow the computing device **102** such as to access the one or more semantic web services **106** through the API **108**. In an embodiment, the server **104** may control many features and

US 9,130,900 B2

**19**

operations of the computing device **102**. In an example, the server **104** may interact with the semantic web services **106** such as via the APIs **108** to perform functions and operations. The functions and operations described herein may be specified by the user, or they may be automatically performed based on the context of the user request.

In an embodiment, the computing device **102**, in communication with the server **104**, may be configured to call the semantic web services **106** such as to receive response for the user in accordance with the request received from the user. In an embodiment, the computing device **102**, in communication with the server **104**, may be configured to send request to extract information related to the user request via the API **108**. In an embodiment, the computing device **102**, in communication with the server **104**, may be configured to call the one or more third-party web services via the API **108** or may be configured to initiate one or more services running on the computing device **102** via the API **108**. The computing device **102** may be configured to receive the responses related to the user request via the API **108**. In an embodiment, the services described herein may be configured to use the information about the user profile and interest such as to provide response(s) to the user in accordance with the request received from the user.

In an embodiment, at **810**, the method **800** may allow the computing device **102** to suggest options relevant to the user request based on user profile and interest. In an embodiment, the computing device **102**, in communication with the server **104**, gather responses from the semantic web services **106** and present to the user via the API **108**. In an embodiment, at **812**, the method **812** may allow the computing device **102** to determine at least one responsive answer. The computing device **102**, in communication with the server **104**, may be configured to determine at least one responsive answer, in response to receiving a user desired response selected from the set of candidate responses provided to the user.

Next is discussed an example of a method **900** for providing at least one response option to the user in accordance to an embodiment of the present invention. In an embodiment, the method **900** may allow the computing device **102** to receive user request for assistance. In an embodiment, at **902**, the method **900** may allow the computing device **102**, in communication with the server **104**, to determine the user intent in accordance with the request received from the user. The computing device **102** may analyze the user request such as to identify a set of syntactic contents of the user request. The syntactic contents of the user described herein may be used to associate data in the user request with structures that represent syntactic parts of speech, clauses, and phrases. The syntactic content may include multiword names, sentence structure, and other grammatical graph structures such as to determine the user intent, in accordance with the request received from the user.

In an embodiment, the computing device **102**, in communication with the server **104**, may parse the information associated in the user request such as to identify words, phrase, concept, relationship, properties, entities, quantities, propositions, or other representations of meaning or interpretation of the user request such as to identify the user intent. In an embodiment, these the user intent may be represented by set of elements, instances of models, or databases, nodes, or the like in the ontologies **700** such as described in FIG. **7**.

In an embodiment, the computing device **102**, in communication with the server **104**, may determine ambiguity or may result in ambiguous or different user intent representation. In an example, if the request from the user includes a word that can refer to multiple things, like "pi", which is a

**20**

well-known mathematical constant but, is also the name of a movie. Similarly, other examples can be the meaning of a unit abbreviation like "m", which could be meters or minutes. In an embodiment, the method **900** may allow the computing device **102** to use data from the structure of active ontology **700** such as to disambiguate the user request and determine the accurate interpretation of user intent. In an embodiment, the connections between nodes in the active ontology **700** may facilitate the computing device **102** to disambiguate among candidate semantic interpretation of user intent.

In an embodiment, the method **900** may allow the computing device **102** to determine semantics of the user request. The computing device **102**, in communication with the server **104** may be configured to interpret the user request such as to determine the semantics of the user request. In an example, the server **104** may be configured to match the word, phrase, or syntax such as to identify at least one task, at least one domain, and at least one parameter in accordance with the request received from the user.

In an embodiment, at **904**, the method **900** may allow the computing device **102** such as to access the one or more semantic web services **106** through the API **108**. In an embodiment, the server **104** may control many features and operations of the computing device **102**. In an example, the server **104** may interact with the semantic web services **106** such as via the APIs **108** to perform functions and operations. The functions and operations described herein may be specified by the user, or they may be automatically performed based on the context of the user request. In an embodiment, the functions and operations described herein may be performed such as for example, by initiating, activating, or interfacing with any semantic web services **106** that may be available, installed, or running on the computing device **102** via the API **108**, or by calling services that are available over the communication network such as the Internet via the API **108**. In an embodiment, the activation, initiation, interface, or any form of communication with the semantic web services **106** may be performed via the API **108** stored thereon.

In an embodiment, the computing device **102**, in communication with the server **104**, may be configured to call the semantic web services **106** such as to receive response for the user in accordance with the request received from the user. In an embodiment, the computing device **102**, in communication with the server **104**, may be configured to send request to extract information related to the user request via the API **108**.

In an embodiment, the computing device **102**, in communication with the server **104**, may be configured to call the one or more third-party web services via the API **108**. For example, if the user request includes "Reserve a table for dinner" then the one or more semantic web services **106** may be called via the API **108** such as to generate one or more responses to the user. In an example, the server **104** may be configured to call the third-party web services **106** such as to capture the information related to the user request.

In an embodiment, the computing device **102**, in communication with the server **104**, may be configured to call or initiate one or more services running on the computing device **102** via the API **108**. For example, if the user request includes "Remind me about a Meeting" then the one or more semantic web services **106** that are running on the computing device **102** may be called via the API **108** such as to provide response to the user.

In an embodiment, at **906**, the method **900** may allow the computing device **102**, in communication with the server **104**, to retrieve answers from the web services **106**. In an embodiment, the semantic web services **106** may be configured to include user generated data, ratings, and the like information

US 9,130,900 B2

21

such as to provide responses to the user. In an embodiment, the computing device **102**, in communication with the server **104**, may be configured to send request to the semantic web services **106** to retrieve answers related to the user request. In an embodiment, the computing device **102** may receive the user generated recommendations via recommendation engine **912**. The recommendation engine **912** described herein may be configured or designed to include functionality for identifying, generating, or providing personalized recommendations for activities, products, services, source of entertainment, time management, or any other kind of recommendation related to the user request. In an embodiment, at **908**, the computing device **102** may be configured to present the available options that match user request. In an example, the server **104** may be configured to receive response options including the list of hotels and table's availability from the semantic web services **106**. The server **104** may present the available options to the user via the computing device **102** such as shown at **910**.

In an embodiment, at **914**, the method **900** may allow the user to select desired candidate response from the set of available options or responses provided to the user. In an embodiment, the user may select the option via the input device such as to indicate the user desired option to the computing device **102**. In an embodiment, the computing device **102**, in communication with the server **104**, may be configured to perform operations or functions desired by the user. In an embodiment, at **916**, the computing device **102** may obtain ticket, pass or reservation based on the user request. For example, in response to receiving the user desired option, the computing device **102** may book table in the user desired hotel for dinner on behalf of the user. In an embodiment, the computing device **102** schedule meetings, create reminders, check stocks, sports scores, weather, and the like in response to receiving the confirmation from the user.

Next is discussed an example of a method **1000** for providing at least one response option to the user based on user location information, in accordance to an embodiment of the present invention. In an embodiment, the method **1000** may allow the computing device **102** to receive user request for assistance. In an embodiment, at **1002**, the method **900** may allow the computing device **102**, in communication with the server **104**, to determine the user intent in accordance with the request received from the user. The computing device **102** may analyze the user request such as to identify a set of syntactic contents of the user request. In an embodiment, the computing device **102**, in communication with the server **104**, may parse the information of the user request such as to identify words, phrase, concept, relationship, properties, entities, quantities, propositions, or other representations of meaning or interpretation of the user request such as to identify the user intent. In an embodiment, these the user intent may be represented by set of elements, instances of models, or databases, nodes, or the like in the ontologies **700** such as described in FIG. **7**.

In an embodiment, the computing device **102**, in communication with the server **104**, may be configured to provide perform operations or functions on the computing device **102** on behalf of the user. In an embodiment, computing device **102**, in communication with the server **104**, may be to be configured to perform operations, functions such as for example, but not limited to, actively interview the user to elicit information or input, interpret user intent, disambiguate among candidate interpretations, request and clarify required information from the user, perform actions based on the user intent, and the like.

22

In an embodiment, at **1004**, the method **100** may allow the computing device **102** such as to access the one or more semantic web services **106** through the API **108**. In an embodiment, the server **104** may control many features and operations of the computing device **102**. In an embodiment, the functions and operations described herein may be performed such as for example, by initiating, activating, or interfacing with any semantic web services **106** that may be available, installed, or running on the computing device **102** via the API **108**, or by calling services that are available over the communication network such as the Internet via the API **108**. In an embodiment, the activation, initiation, interface, or any form of communication with the semantic web services **106** may be performed via the API **108** stored thereon.

In an embodiment, at **1006**, the method **1000** may allow the computing device **102**, in communication with the server **104**, to retrieve answers from the web services **106**. In an embodiment, the semantic web services **106** may be configured to include user generated data, ratings, and the like information such as to provide answers or responses to the user. In an embodiment, the computing device **102**, in communication with the server **104**, may be configured to send request to the semantic web services **106** to retrieve answers related to the user request. In an embodiment, the method **1000** may allow the computing device **102** to determine the location of the user such as shown at **1008**. In an embodiment, the computing device **102**, may determine the location information via the sensors or location-based systems such as for example, Global Positioning System (GPS), Assisted GPS (A-GPS), and the like installed or configured on the computing device **102**. In an embodiment, location information may be combined with the user intent such as to provide location based responses to the user. In an embodiment, responses to the user may be personalized based on the user location information such as user at home, office, park, and the like locations.

In an embodiment, the computing device **102** may receive the user generated recommendations via the recommendation engine **912**. The recommendation engine **912** described herein may be configured or designed to include functionality for identifying, generating, or providing personalized recommendations for activities, products, services, source of entertainment, time management, or any other kind of recommendation related to the user request. In an embodiment, the recommendation engine **912** may be configured to use information about the user location such as to provide location based responses options to the user.

In an embodiment, at **1010**, the computing device **102** may be configured to present the available options based on the user current location. In an example, if the user request includes "a romantic place for date", then the computing device **102**, in communication with the server **104**, may receive responses based on the user current location. For example, the computing device **102** may determine the location of the user such as for example "office" and associates the location information with the user request. In an example, the server **104** may calls the web services **106** via the API **108** such as to provide response options for the user near to the user office. In an example, the server **104** may be configured to receive response options including the list of romantic places availability near to the user current location from the semantic web services **106** via the API **108**. The server **104** may present the available options for the user based on the user current location via the computing device **102** such as shown at **1012**.

In an embodiment, at **1014**, the method **1000** may allow the user to select desired candidate response from the set of available options or responses provided to the user based on

US 9,130,900 B2

23

the user current location. In an embodiment, the user may select the option via the input device such as to indicate the user desired option to the computing device **102**. In an embodiment, the computing device **102**, in communication with the server **104**, may be configured to perform operations or functions desired by the user. In an embodiment, the computing device **102** may obtain ticket, pass or reservation based on the user request. For example, in response to receiving the user desired option, the computing device **102** may book a romantic place on behalf of the user. In an embodiment, the computing device **102** schedule meetings, create reminders, check stocks, sports scores, weather, and the like in response to receiving the confirmation from the user.

Next is discussed an example of a method **1100** for providing assistance to the user based on user location information, in accordance to an embodiment of the present invention. In an embodiment, the method **1100** may allow the computing device **102** to receive user request. In an embodiment, the user may provide the request through the voice or speech to the computing **102**. Examples of different types of input data request which may be accessed or utilized by the computing device **102** may include, but are not limited to, voice input, text input, location information coming from sensors or location-based systems, time information from clocks on client devices, automobile control systems, clicking and menu selection, or other input.

In an embodiment, at **1104**, the method **1100** may allow the computing device **102** to determine semantics of the user request. The server **104** may be configured to interpret the spoken voice of the user such as to determine the semantics of the user request. The computing device **102**, in communication with the server **104** may be configured to interpret the spoken voice of the user or other information associated with the user request such as to determine the semantics of the user request. In an example, the server **104** may be configured to match the word, phrase, or syntax such as to identify at least one task, at least one domain, and at least one parameter in accordance with the request received from the user such as shown at **1106**.

In an embodiment, at **1108**, the method **1100** may allow the computing device **102**, in communication with the server **104**, to determine the user intent in accordance with the request received from the user. The computing device **102** may analyze the user request such as to identify a set of syntactic contents of the user request. The syntactic contents of the user described herein may be used to associate data in the user request with structures that represent syntactic parts of speech, clauses, and phrases. In an embodiment, the computing device **102**, in communication with the server **104**, may parse the information associated in the user request such as to identify words, phrase, concept, relationship, properties, entities, quantities, propositions, or other representations of meaning or interpretation of the user request such as to identify the user intent. In an embodiment, the user intent may be represented by a set of elements, instances of models, or databases, nodes, or the like in the ontologies **700** such as described in FIG. **7**.

In an embodiment, at **1110**, the method **1100** may allow the server **104** such as to access the one or more semantic web services **106** through the API **108**. In an embodiment, the server **104** may control many features and operations of the computing device **102**. In an example, the server **104** may interact with the semantic web services **106** such as via the APIs **108** to perform functions and operations that may be initiated using a conventional user interface on the computing device **102**. Such functions and operations may include, for example, adding a contact, removing a contact, setting an

24

alarm, making a telephone call, sending a text message or email message, adding a calendar event, providing suggestions to the user, and the like. In an embodiment, the functions and operations may be performed such as for example, by initiating, activating, or interfacing with any semantic web services **106** that may be available, installed, or running on the computing device **102** via the API **108**, or by calling services that are available over the communication network such as the Internet via the API **108**. In an embodiment, the activation, initiation, interface, or any form of communication with the semantic web services **106** may be performed via the API **108** stored thereon.

In an embodiment, the computing device **102**, in communication with the server **104**, may be configured to provide perform operations or functions on the computing device **102** on behalf of the user. In an embodiment, computing device **102**, in communication with the server **104**, may be to be configured to perform operations, functions such as for example, but not limited to, actively interview the user to elicit information or input, interpret user intent, disambiguate among candidate interpretations, request and clarify required information from the user, perform actions based on the user intent, and the like. The functions and operations described herein may be specified by the user, or they may be automatically performed based on the context of the user voice request.

In an embodiment, at **1112**, allow the computing device **102** to determine the current location of the user. In an embodiment, the user current location information may be combined with the user intent such as to provide at least one location based response to the user. In an embodiment, response to the user may be personalized based on the user current location such as user at home, office, park, or the like locations.

In an embodiment, at **1116**, the method **1100** may allow the computing device **102** to interview the user to elicit profile and interests in accordance with the request received from the user. In an embodiment, the server **104** may include or implement using any of a number of different platforms APIs such as to interview the user to elicit profile and interests. The requests interviewing the user to elicit profile and interests may be presented to the user via the computing device **102**. In an embodiment, computing device **102**, in communication with the server **104**, may interview the user profile information and interest such as to better interpret the semantics of the user request. In an embodiment, the server **104** may uses the user profile and interest such as to provide at least one response to the user in accordance with the request received from the user. In an embodiment, response to the user may be personalized based on the user interest and profile information.

In an embodiment, at **1118**, the method **1100** may allow the computing device **102**, in communication with the server **104**, to retrieve answers from the web services **106**. In an embodiment, the semantic web services **106** may be configured to include user generated data, ratings, and the like information such as to provide responses to the user. In an embodiment, the computing device **102**, in communication with the server **104**, may be configured to send request to the semantic web services **106** via the API **108** to retrieve answers related to the user request. In an embodiment, the computing device **102** may receive the user generated recommendations via the recommendation engine **912**. In an embodiment, semantic web services **106** may be configured to use the user intent information, the user profile and interest information, user current location information, and the like to provide at least one response to the user. In an embodiment, the computing

US 9,130,900 B2

25

device **102**, in communication with the server **104**, may be configured to receive at least one response option based on the user intent, the user profile and interest, the user current location information, or the like via the API **108**.

In an embodiment, at **1120**, the computing device **102** may be configured to present the available options that match the user request. In an embodiment, the computing device **102** may present the at least one available option based on the user current location. In an embodiment, the computing device **102** may be configured to present the at least one available option based on the user profile and interest. In an embodiment, at **1122**, the method **1100** may allow the computing device **102** to receive confirmation from the user. In an embodiment, the user may select a desired candidate response from the available option. In an embodiment, at **1124**, in response to receiving confirmation from the user, the method **1100** may allow the computing device **102** to determine at least one responsive answer for the user. In an embodiment, at **1126**, in response to receiving confirmation from the user, the method **1100** may allow the computing device **102** to obtain ticket, pass or reservation, on behalf of user, in accordance with the request received from the user. In an embodiment, the method **1100** may allow the computing device **102** to schedule meetings, create reminders, check stocks, sports scores, weather and the like, in accordance with the request received from the user.

In an embodiment, at **1128**, the method **1100** may allow computing device **102** to provide response to the user. In an embodiment, computing device **102**, in communication with the server **104**, may call the API **108** such as to perform an operation or function on the computing device **102**, on behalf of the user, as a response to the user request. For example, the server **104** may add contact information in the contact application of the computing device **102** as response to the request received from the user. In an embodiment, the server **104** may provide options or information as the response to the user request. The information described herein may be extracted from the user generated reviews, ratings, user patent history, and the like sources.

The flowcharts described herein may include various steps summarized in individual block or act. The steps may be performed automatically or manually by the user, the computing device, the one or more servers, the databases, or the like. The flowcharts may provide a basis for a control program which may be readily apparent or implemented by a person skilled in art by using the flowcharts and other description described in this document.

The methods or system described herein may be deployed in part or in whole through a machine that executes software programs on a server, client, or other such computer and/or networking hardware on a processor. The processor may be part of a server, client, network infrastructure, mobile computing platform, stationary computing platform, or other computing platform. The processor may be any kind of computational or processing device capable of executing program instructions, codes, binary instructions and the like. The processor may be or include a signal processor, digital processor, embedded processor, microprocessor or any variant such as a co-processor (math co-processor, graphic co-processor, communication co-processor and the like) and the like that may directly or indirectly facilitate execution of program code or program instructions stored thereon.

The software program may be associated with a server that may include a file server, print server, domain server, internet server, intranet server and other variants such as secondary server, host server, distributed server and the like. The server may include one or more of memories, processors, computer readable media, storage media, ports (physical and virtual),

26

communication devices, and interfaces capable of accessing other servers, clients, machines, and devices through a wired or a wireless medium, and the like. The methods, programs or codes as described herein and elsewhere may be executed by the server. In addition, other devices required for execution of methods as described in this application may be considered as a part of the infrastructure associated with the server.

The software program may be associated with a client that may include a file client, print client, domain client, internet client, intranet client and other variants such as secondary client, host client, distributed client and the like. The client may include one or more of memories, processors, computer readable media, storage media, ports (physical and virtual), communication devices, and interfaces capable of accessing other clients, servers, machines, and devices through a wired or a wireless medium, and the like. The methods, programs or codes as described herein and elsewhere may be executed by the client.

The server may provide an interface to other devices including, without limitation, clients, other servers, printers, database servers, file servers, communication servers, distributed servers and the like. Additionally, this coupling and/or connection may facilitate remote execution of program across the network. The networking of some or all of these devices may facilitate parallel processing of a program or method at one or more location without deviating from the scope of the invention.

The client may provide an interface to other devices including, without limitation, servers, other clients, printers, database servers, print servers, file servers, communication servers, distributed servers and the like. Additionally, this coupling and/or connection may facilitate remote execution of program across the network. The networking of some or all of these devices may facilitate parallel processing of a program or method at one or more location without deviating from the scope of the invention.

The methods described herein may be deployed in part or in whole through a machine that executes software programs on a server, client, or other such computer and/or networking hardware on a processor. The network infrastructure may include elements such as computing devices, servers, routers, hubs, firewalls, clients, personal computers, communication devices, routing devices and other active and passive devices, modules and/or components as known in the art. The computing and/or non-computing device(s) associated with the network infrastructure may include, apart from other components, a storage medium such as flash memory, buffer, stack, RAM, ROM and the like. The processes, methods, program codes, instructions described herein and elsewhere may be executed by one or more of the network infrastructural elements.

The elements described and depicted herein, including in flow charts and block diagrams throughout the figures, imply logical boundaries between the elements. However, according to software or hardware engineering practices, the depicted elements and the functions thereof may be implemented on machines through computer executable media having a processor capable of executing program instructions stored thereon and all such implementations may be within the scope of the present disclosure. Furthermore, the elements depicted in the flow chart and block diagrams or any other logical component may be implemented on a machine capable of executing program instructions. Thus, while the foregoing drawings and descriptions set forth functional aspects of the disclosed methods, no particular arrangement of software for implementing these functional aspects should be inferred from these descriptions unless explicitly stated or otherwise clear from the context. Similarly, it will be appreciated that the various steps identified and described above

27

28

may be varied, and that the order of steps may be adapted to particular applications of the techniques disclosed herein. All such variations and modifications are intended to fall within the scope of this disclosure. As such, the depiction and/or description of an order for various steps should not be understood to require a particular order of execution for those steps, unless required by a particular application, or explicitly stated or otherwise clear from the context.

The methods and/or processes described above, and steps thereof, may be realized in hardware, software or any combination of hardware and software suitable for a particular application. The hardware may include a general purpose computer and/or dedicated computing device or specific computing device or particular aspect or component of a specific computing device. The processes may be realized in one or more microprocessors, microcontrollers, embedded microcontrollers, programmable digital signal processors or other programmable device, along with internal and/or external memory.

Thus, in one aspect, each method described above and combinations thereof may be embodied in computer executable code that, when executing on one or more computing devices, performs the steps thereof. In another aspect, the methods may be embodied in systems that perform the steps thereof, and may be distributed across devices in a number of ways, or all of the functionality may be integrated into a dedicated, standalone device or other hardware. In another aspect, the means for performing the steps associated with the processes described above may include any of the hardware and/or software described above. All such permutations and combinations are intended to fall within the scope of the present disclosure.

While the invention has been disclosed in connection with the preferred embodiments shown and described in detail, various modifications and improvements thereon will become readily apparent to those skilled in the art. Accordingly, the spirit and scope of the present invention is not to be limited by the foregoing examples, but is to be understood in the broadest sense allowable by law.

The foregoing descriptions of specific embodiments of the present invention have been presented for the purposes of illustration and description. They may not intend to be exhaustive or to limit the invention to the precise forms disclosed. Obviously, many modifications and variations are possible in view of the above teachings. The embodiments were chosen and described to best explain the basic steps of the invention and its practical applications, thereby enabling others skilled in the art to best utilize the invention and various embodiments with various modifications as may be suited to the particular use. Furthermore, the order of steps, tasks or operations in the method may not necessarily intend to occur in the sequence laid out. It is intended that the scope of the invention is defined by the following claims and their equivalents.

What is claimed is:

1. A method for providing assistance to a user, comprising:
   receiving a user request for assistance from a mobile device;
   determining semantics of the user request and identifying at least one domain, at least one task, and at least one parameter for the user request by parsing the user request to identify representations of meaning or interpretation of the user request along with location and user personal information captured by the mobile device including telephone, texting, and user activity;
   accessing one or more semantic web services, each service accessed through an application program interface

(API) to retrieve data matching the at least one domain, at least one task, and at least one parameter;
   identifying, generating, or providing personalized recommendations for activities, products, services,
   presenting possible responses to the user by interact with the semantic web services by calling the services through the API and extracting one or more options or suggestions from the semantic web services through the API and confirming user responses by accessing a text messaging API or a phonebook API;
   determining at least one responsive answer; and
   responding to the user request.

2. The method of claim 1, wherein the web service comprises the web ontology language.

3. The method of claim 1, wherein the web service comprises RDF.

4. The method of claim 1, comprising retrieving answers from web services that collect user generated data.

5. The method of claim 1, comprising scheduling meetings, create reminders, check stocks, sports scores, and the weather.

6. The method of claim 1, comprising determining user intent from user queries and incorporate user intent data to fine-tune future responses.

7. The method of claim 1, comprising retrieving the user's current location and provides information and options based on the current location, whether at work, school, or on vacation.

8. The method of claim 1, comprising obtaining a ticket, pass or reservation based on the user request.

9. The method of claim 1, comprising inferencing personal information including calendar entries and completes a task based on the personal information.

10. The method of claim 1, comprising receiving user generated content and performing machine learning to extract clusters and dimensions and recommending activities for the user based on multidimensional matching.

11. The method of claim 1, comprising interviewing a user to elicit profile and interests.

12. The method of claim 1, wherein the API supports communication with a recommendation engine.

13. The method of claim 1, comprising recommending potential matching romantic interests for the user.

14. The method of claim 1, comprising recommending potential matching romantic interests for the user.

15. The method of claim 1, comprising recommending potential matching romantic interests for the user.

16. The method of claim 1, comprising recommending potential matching romantic interests for the user.

17. The method of claim 1, comprising recommending potential matching romantic interests for the user.

18. The method of claim 1, comprising recommending potential matching romantic interests for the user.

19. A system, comprising:
   a computing device that captures profile and interests in accordance with previous requests received from the user;
   a server in communication with the computing device, the server accessing the one or more semantic web services through an application program interface (API) to perform functions and operations initiated using a user interface on the computing device, the server performing operations including adding a contact, removing a contact, setting an alarm, making a telephone call, sending a text message or email message, adding a calendar event, providing suggestions to the user, the server ini-

US 9,130,900 B2

29

tiating, activating, or interfacing with any semantic web services on the computing device via the API;

an ontology associated with the semantic web services that integrates models, components, or data with representations of a restaurant and meal event having a dining domain model linked to restaurant concept and meal event concept, including

event planning task flow models for planning of events independent of domains, applied to a domain-specific event;

general event planning task flow models including nodes representing events and concepts involved in planning events with node meal event; and

dialog flow models for relating and unifying various components to handle constraint in the dialog flow model as part of a cluster of nodes representing meal event concept; and

a model of a restaurant reservation service associated with the dialog flow for getting values required for that service to perform a transaction and linked or related to a general dialog flow model for asking the user about the constraints for a transaction.

30

**20**. A system to assist a user, comprising:

a computing device that captures profile and interests in accordance with previous requests received from the user; and

a server in communication with the computing device, the server accessing the one or more semantic web services through an application program interface (API) to perform functions and operations initiated using a user interface on the computing device, the server performing operations including adding a contact, removing a contact, setting an alarm, making a telephone call, sending a text message or email message, adding a calendar event, providing suggestions to the user, the server initiating, activating, or interfacing with any semantic web services on the computing device via the API,

wherein the computing device applies a current location of the user to the user intent to provide at least one location based response to the user for personalization based on a user current location and wherein the computing device retrieves answers from the web services and user generated recommendations and obtains ticket, pass or reservation, on behalf of user, in accordance with the request received from the user.

* * * * *